### UNITED STATES of America ex rel. Henry N. HORNE

v.

### David N. MYERS, Superintendent, et al. Misc. 2698.

United States District Court
E. D. Pennsylvania.
April 14, 1964.

GRIM, District Judge.

From the allegations of this habeas corpus petition, it appears that relator in 1959 was tried and convicted of the crimes of conspiracy, larceny and receiving stolen goods. He was sentenced to a maximum prison term of five years but in 1960 was released on parole. While on parole it appears that relator was arrested and convicted of another crime.

Relator now complains of the action of the Parole Board in revoking his parole and redating the expiration date of his original sentence. He alleges that the statute authorizing the action by the Parole Board places him in "double jeopardy" and is an unconstitutional ex post facto law.

There is no indication in relator's petition that these allegations have ever been presented to any state court. Accordingly the petition will be denied until relator demonstrates that he has exhausted his state remedies.

Henry N. Horne, in pro per.